Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 4240 | **DATE** | 3/12/2007 |
| **CASE TITLE** | Windy City Innovations vs. America Online | | |

**DOCKET ENTRY TEXT**

The Parties' joint motion pursuant to Rule 60(b) for vacatur of certain prior orders and judgments is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | | Courtroom Deputy Initials: | maw |
|---|---|---|---|